

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

# O R D E R

After this court issued its opinion and judgment in this appeal, Appellants timely filed a motion for rehearing complaining of an error in the judgment. *See* TEX. R. APP. P. 49.1, 49.8. On January 18, 2018, this court issued a corrected judgment and determined the motion was moot.

On February 6, 2018, Appellants' filed an agreed motion for a fifteen-day extension of time for Appellants to file a motion for rehearing.

Appellants' motion is GRANTED. Appellants' motion for rehearing is due on February 20, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court